UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:  
**EPHRIM WALTER MCMULLEN**  
**PATRICIA TYNER MCMULLEN**  
    Debtor(s)  
                         Debtors      /

**CASE NO.:  21-40394 KKS**  
**Chapter 13**

### DEBTOR'S APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL

Debtors, by and through the undersigned attorney, applies for authority to employ special counsel and says:

1. The undersigned was made aware that among the assets of Debtors estate is a medical malpractice claim resulting from a 2022 surgery the co-debtor was involved in. Debtors have filed amended schedules A/B and Declaration at ECF No. 69-1.

2. Debtors wishes to employ Martin W. Palmer of Palmer | Lopez as special counsel for the co-debtor in the matter to pursue the claim made by co-debtor, Patricia Tyner McMullen.

3. The terms of employment are to be pursuant to the agreement attached.

4. Martin W. Palmer is an attorney authorized to practice in the courts of the State of Florida and is well qualified to represent the co-debtor.

5. To the best of the Applicant's knowledge, said law firm represents no interests adverse to the co-debtor or to the estate in the matters upon which it is to be engaged for the co-debtor, and the appointment will be the interest of this estate.

WHEREFORE, Debtors pray for authorization to retain and appoint Martin W. Palmer of Palmer | Lopez as special counsel for the Debtor.

> Hathaway Sprague Law, P.A.
> Attorneys for Debtor
>
> By: /s/ Kathryn A. Hathaway
>    Kathryn A. Hathaway, FBN 622125
>    P.O. Box 3005
>    Tallahassee, Fl 32315
>    850) 425-4700/ 850) 425-4704 (fax)
>    Notices@hathawayLaw.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic and/or standard mail this 3rd day of May, 2024, upon

Leigh A. Duncan, ldhdock@earthlink.net, ldhtre@earthlink.net; ldhadmin@earthlink.net

Kathryn A. Hathaway on behalf of Debtors Ephrim Walter McMullen and Patricia Tyner McMullen, notices@hathawaylaw.net

Ephrim & Patricia McMullen
2740 Springcreek Highway
Crawfordville, FL 32327

Palmer | Lopez
Attn: Martin W. Palmer
17543 Darby Lane
Lutz, Florida 33558

> /S/Kathryn A Hathaway
> Kathryn A. Hathaway