# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

IN RE:                                           CASE NO. 21-40394-KKS
                                                            CHAPTER 13

EPHRIM WALTER MCMULLEN
PATRICIA TYNER MCMULLEN

         Debtors                 /

## CHAPTER 13 TRUSTEE'S NOTICE OF FAILURE TO COMPLY WITH *STRICT COMPLIANCE ORDER* (ECF NO. 65)

**COMES NOW,** LEIGH A. DUNCAN, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Filing Records of Debtors' Receipts and Notice of Failure to Comply with *Strict Compliance Order* (ECF No. 65), and states:

1. The Debtors are delinquent by violating the *Strict Compliance Order* entered on: Wednesday, September 20, 2023.

2. Sufficient cause exists to dismiss this case as evidenced by the Receipts listed on the attached Exhibit "A".

**WHEREFORE**, the Trustee prays that the Court enter an Order dismissing the case, and for such other and further relief as the Court may deem appropriate.

**RESPECTFULLY SUBMITTED.**

/s/ Leigh A. Duncan
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL  32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class

EPHRIM WALTER MCMULLEN
2740 SPRING CREEK HIGHWAY
CRAWFORDVILLE, FL 32327

PATRICIA TYNER MCMULLEN
2740 SPRING CREEK HIGHWAY
CRAWFORDVILLE,  FL 32327

AND

KATHRYN A. HATHAWAY, ESQUIRE
HATHAWAY LAW FIRM
P.O. BOX 3005
TALLAHASSEE, FL 32315

on the same date as reflected on the Court's docket as the electronic filing date for this document.

CR 200 February 11, 2025

/s/ Leigh A. Duncan
OFFICE OF THE CHAPTER 13 TRUSTEE

**EXHIBIT "A"**
IF BLANK, THERE ARE NO RECEIPTS

Receipts Paid:

| **DATE** | | **AMOUNT** |
|---|---|---|
| Jan 11, 2022 | M.O. | $457.00 |
| Jan 11, 2022 | M.O. | $1,000.00 |
| Jan 11, 2022 | M.O. | $1,000.00 |
| Feb 11, 2022 | M.O. | $500.00 |
| Feb 11, 2022 | M.O. | $500.00 |
| Feb 11, 2022 | M.O. | $500.00 |
| Feb 11, 2022 | M.O. | $500.00 |
| Feb 11, 2022 | M.O. | $457.00 |
| Mar 10, 2022 | C.CK | $2,457.00 |
| Apr 13, 2022 | C.CK | $2,643.00 |
| May 13, 2022 | C.CK | $2,643.00 |
| Jun 13, 2022 | C.CK | $2,415.00 |
| Jul 13, 2022 | C.CK | $2,415.00 |
| Sep 12, 2022 | C.CK | $1,215.54 |
| Sep 12, 2022 | C.CK | $2,415.00 |
| Oct 18, 2022 | C.CK | $2,415.00 |
| Nov 14, 2022 | C.CK | $2,415.00 |
| Dec 13, 2022 | C.CK | $2,415.00 |
| Jan 24, 2023 | C.CK | $2,415.00 |
| Mar 13, 2023 | C.CK | $1,415.00 |
| Mar 15, 2023 | C.CK | $2,415.00 |
| Apr 10, 2023 | C.CK | $2,415.00 |
| May 19, 2023 | C.CK | $2,415.00 |
| Jun 23, 2023 | C.CK | $1,015.00 |
| Jul 17, 2023 | C.CK | $2,415.00 |
| Aug 17, 2023 | C.CK | $2,415.00 |
| Sep 18, 2023 | C.CK | $2,545.00 |
| Oct 16, 2023 | C.CK | $2,545.00 |
| Nov 15, 2023 | C.CK | $1,445.00 |
| Dec 11, 2023 | C.CK | $1,095.00 |
| Dec 18, 2023 | C.CK | $1,245.00 |
| Jan 03, 2024 | C.CK | $1,305.00 |
| Feb 06, 2024 | C.CK | $2,545.00 |

**EXHIBIT "A"**
IF BLANK, THERE ARE NO RECEIPTS

Receipts Paid:

| **DATE** | | **AMOUNT** |
|---|---|---|
| Mar 06, 2024 | C.CK | $2,545.00 |
| Apr 05, 2024 | C.CK | $2,545.00 |
| May 13, 2024 | C.CK | $2,545.00 |
| Jun 11, 2024 | C.CK | $2,545.00 |
| Jul 09, 2024 | C.CK | $2,545.00 |
| Aug 19, 2024 | C.CK | $1,745.00 |
| Sep 16, 2024 | C.CK | $2,545.00 |
| Nov 14, 2024 | C.CK | $2,674.00 |
| | TOTAL AMOUNT PAID: | **77,696.54** |